381 A.2d 903

Commonwealth ex rel. Sindoni, Appellant, v. Gedney.

Argued September 21, 1977. Robert F. Simone, for appellant; W. Mark Sendrow, Assistant District Attorney, with him F. Emmett Fitzpatrick, District Attorney, for appellee.

Order affirmed.

VAN der VOORT, J., did not participate in the consideration or decision of this case.